IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANTONY COVERSON | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| WELLS FARGO BANK, NA SAN | § | CIVIL ACTION NO. 5:20-cv-01274-JKP |
| FRANCISCO, ITS SUCCESSOR IN | § | |
| INTEREST OR ASSIGNS, SPECIALIZED | § | |
| LOAN SERVICING LLC, AND THEIR | § | |
| APPOINTED SUBSTITUTE TRUSTEE(S), | § | |
| | § | |
| *Defendants*. | § | |

## JOINT MOTION TO DISMISS

COME NOW Antony Coverson ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), and file this Joint Motion to Dismiss (the "Joint Motion").

Plaintiff sold the Property subject of this Lawsuit. Therefore, Plaintiff no longer wishes to prosecute his claims against Wells Fargo. Accordingly, the Parties jointly request that the Court enter the attached Agreed Order of Dismissal, dismissing with prejudice all claims that Plaintiff asserted, or could have asserted, against Wells Fargo in this lawsuit. The Parties also request that the Court enter the attached Final Judgment. The Parties further request that all taxable costs, expenses, and attorney fees be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant their Joint Motion, dismiss this action, enter the Agreed Order of Dismissal and Final

Judgment submitted herewith, and order that all taxable costs, expenses, and attorney fees be borne by the party incurring same.

Respectfully submitted,

_____

**Edward Bravenec**
State Bar No. 24012329
**MCKNIGHT & BRAVENEC**
405 S. Presa St.
San Antonio, Texas 78205
(210) 223-4080 – Telephone
(210) 223-2449 – Facsimile
Email: Braveknight@att.net

**ATTORNEY FOR PLAINTIFF**

**LOCKE LORD LLP**

/s/ *Jennifer Juergens*
**B. David L. Foster (Attorney-in-charge)**
State Bar No. 2403155
dfoster@lockelord.com
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 305-4700 (Telephone)
(512) 305-4800 (Facsimile)

**Robert T. Mowrey**
State Bar No. 14607500
rmowrey@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (facsimile)

**Jennifer Juergens**
State Bar No. 24101983
Jennifer.juergens@lockelord.com
LOCKE LORD LLP
JPMorgan Chase Tower
600 Travis Street, Suite 2800
Houston, Texas  77002
Telephone: (713) 226-1200
Facsimile:  (713) 223-3717

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing instrument was served upon the following via ECF pursuant to the Federal Rules of Civil Procedure on March1, 2022.

**LOCKE LORD LLP**

*Jennifer Juergens*
**B. David L. Foster (Attorney-in-charge)**
State Bar No. 2403155
dfoster@lockelord.com
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 305-4700 (Telephone)
(512) 305-4800 (Facsimile)

**Robert T. Mowrey**
State Bar No. 14607500
rmowrey@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (facsimile)

**Jennifer Juergens**
State Bar No. 24101983
Jennifer.juergens@lockelord.com
LOCKE LORD LLP
JPMorgan Chase Tower
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717

**COUNSEL FOR DEFENDANT**

            /s/ Edward L. Bravenec
            Counsel for Plaintiff