# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

**ANTONY COVERSON,**

*Plaintiff*

**v**                                               Case No.  SA-20-CV-01274-JKP

**WELLS FARGO BANK, NA SAN FRANCISCO, ITS SUCCESSOR IN INTEREST OR ASSIGNS, SPECIALIZED LOAN SERVICING LLC, AND THEIR APPOINTED SUBSTITUTE TRUSTEE(S);**
*Defendant*

## **O R D E R**

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. *ECF No. 22*. The Court GRANTS the motion and dismisses this action with prejudice. In accordance with Federal Rule of Civil Procedure 41(a) and the terms of the Proposed Order, it is ORDERED all causes of action asserted by any party and any potential causes of action related to this matter are DISMISSED with prejudice**.** As requested by the parties, this dismissal with prejudice serves as a final judgment. *See ECF Nos. 22, 22-3*.

IT IS FURTHER ORDERED that referral to Magistrate Judge Chestney is withdrawn, and any pending motions are DENIED as moot.

IT IS FURTHER ORDERED all costs and attorneys' fees shall be paid by the party incurring them.

The Court DIRECTS the Clerk of Court to close the case.

It is so ORDERED.
SIGNED this 2nd day of March, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE